IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 96-60688

GLYNN RHODES,

Petitioner-Cross-Respondent

versus

TIDELAND WELDING SERVICE, INC;
LIBERTY MUTUAL INSURANCE COMPANY;

Respondents-Cross-Petitioners

DIRECTOR, OFFICE OF WORKER'S COMPENSATION
PROGRAMS, U.S. DEPARTMENT OF LABOR,

Respondent.

Petition for Review of an Order of the
Benefits Review Board
(94-1955)

August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.   See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.